**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL KING,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:25-cv-00592** |
| | : | |
| **v.** | : | **JUDGE ALGENON L. MARBLEY** |
| | : | |
| **AARON LINDSEY, et al.,** | : | **MAGISTRATE JUDGE PETER B. SILVAIN, JR.** |
| | : | |
| **Defendants.** | : | |

**<u>OPINION & ORDER</u>**

On July 31, 2026, a United States Magistrate Judge issued a **Report and Recommendation** in this case (ECF No. 24), recommending that this Court deny Plaintiff's Motion for the Appointment of Counsel (ECF No. 18) and deny Plaintiff's Motion for Leave to Amend (ECF No. 19) on futility grounds. (ECF No. 24). Mr. King did not seek an extension of time to respond to the Report and Recommendation and neither did Defendants. Therefore, Mr. King's objections, if any, were due by August 14, 2026. No objections have been filed. Since neither party has objected, and the deadline for such objections elapsed on August 14, 2026, this Court **ACCEPTS** the Magistrate Judge's Report and Recommendation. Plaintiff's Motion for the Appointment of Counsel (ECF No. 18) and Plaintiff's Motion for Leave to Amend (ECF No. 19) are hereby **DENIED**.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: September 11, 2026**