**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

MICHAEL KING,

Plaintiff,

vs.

AARON LINDSEY, *et al.*,

Defendants.

Case No. 2:25-cv-00592

District Judge Algenon L. Marbley
Magistrate Judge Peter B. Silvain, Jr.

## CALENDAR ORDER

This matter shall proceed as follows:

1. Discovery Deadline: **May 7, 2027**

2. Dispositive Motion Deadline: **June 7, 2027**

Final pretrial conference and trial dates shall be set if necessary after all dispositive motions have been ruled on.

**IT IS SO ORDERED.**

November 6, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge